UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In the Matter of the Arbitration Between

GLENN GOLDENBERG                                                    08 CV 4048 (DC)

               Petitioner,
     -and-

UNITED PARCEL SERVICE, INC.

               Respondent.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

### Notice of Dismissal of Petition

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Petitioner Glenn Goldenberg ("Goldenberg"), hereby dismisses the Petition in the captioned proceeding, with prejudice and without costs to either party.

Dated: New York, New York
       June 12, 2008

                                         MARK RISK, P.C.
                                         *Counsel for Petitioner*

                                         By: _____
                                            Mark D. Risk (mdr 5823)

                                         60 East 42nd Street, Suite 4700
                                         New York, New York 10165
                                         (212) 682-4100

_____
U.S.D.J.
6/20/08